UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No: 10-CV-60059 HUCK/O'Sullivan

IMMEDIATE CAPITAL GROUP, INC.,
A Florida corporation, d/b/a INCREDIBLE
DISCOVERIES,

    Plaintiff,

v.

SPONGETECH DELIVERY SYSTEM,
INC., a Delaware corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that the law firm of Greenberg Traurig, P.A., hereby appears on behalf of the Defendant, SPONGETECH DELIVERY SYSTEM, INC., and requests that all pleadings and papers filed in this proceeding be served upon the undersigned at the address listed address.

    GREENBERG TRAURIG, P.A.
    *Counsel for Defendant*
    5100 Town Center Circle, Suite 400
    Boca Raton, Florida 33486
    Telephone: 561.955.7629
    Facsimile: 561.338.7099

    /s/ Stephen A. Mendelsohn
    Florida Bar No: 849324
    *mendelsohns@gtlaw.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via CM/ECF this 1st day of March, 2010 on the undersigned counsel for the Plaintiff.

Patricia Klein, Esquire
*patriciak@pkleinlaw.com*
PATRICIA KLEIN, P.A.
2001 W. Sample Road
Suite 412
Pompano Beach, Florida  33064
Phone:  (954) 935-3171

/s/ Stephen A. Mendelsohn
GREENBERG TRAURIG, P.A.
*Counsel for Defendant*
5100 Town Center Circle, Suite 400
Boca Raton, Florida  33486
Telephone:  561.955.7629
Facsimile:   561.338.7099
*mendelsohns@gtlaw.com*