UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No:  10-CV-60059 HUCK/O'Sullivan

IMMEDIATE CAPITAL GROUP, INC.,
A Florida corporation, d/b/a INCREDIBLE
DISCOVERIES,

        Plaintiff,

v.

SPONGETECH DELIVERY SYSTEM,
INC., a Delaware corporation,

        Defendant.

_____/

## ANSWER

Defendant, SPONGETECH DELIVERY SYSTEM, INC. ("Spongetech"), for its Answer states as follows:

1.     Admits the allegations in paragraph 1 that the Action purports to assert a claim in excess of $75,000.00 and denies liability.

2.     Admits the allegations contained in paragraph 2.

3.     Denies knowledge and information sufficient to admit or deny the allegations contained in paragraph 3 of the complaint.

4.     Admits the allegations contained in paragraph 4, 5, and 6, except denies all allegations that assert that Spongetech is liable.

5.     Admits the allegations in paragraphs 7 and 8 that Spongetech entered into two contracts with plaintiff and denies that Spongetech has breached these contracts or is liable to the plaintiff.

6. Denies that Plaintiff is entitled to a jury trial under Counts III Accounting, Count VI [sic] Equitable Lien and Count V Unjust enrichment, and denies liability under the remaining Counts.

7. Admits the allegations contained in paragraph 10.

8. Admits the allegations contained in paragraph 11 concerning plaintiff's general duties to produce "short form" television commercial spots and denies the remaining allegations.

9. Denies the allegations contained in paragraphs 12, 13, 14, 15, 16 and 17.

10. No reply to the allegations in paragraph 18 is necessary.

11. Denies the allegations contained in paragraphs 19, 20, 21, 22 and 23.

12. No reply to the allegations in paragraph 24 is necessary.

13. Denies the allegations contained in paragraphs 25, 26, 27, 28 and 29.

14. No reply to the allegations in paragraph 30 is necessary.

15. Denies the allegations contained in paragraphs 31, 32, 33 and 34.

16. No reply to the allegations contained in paragraph 35 is necessary.

17. Admits the allegations contained in paragraph 36 that Spongetech entered into two contracts with plaintiff and denies that Spongetech has breached these contracts or is liable to the plaintiff.

18. Denies the allegations contained in paragraph 37, 38 and 39.

19. No reply to the allegations in paragraph 40 is necessary.

20. Denies the allegations contained in paragraphs 41, 42, 43, 44 and 45.

## FIRST AFFIRMATIVE DEFENSE

The Complaint and each of its counts fail to state a cause of action.

## SECOND AFFIRMATIVE DEFENSE

Spongetech has fully paid all of its financial obligations to plaintiff.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff failed to comply with Fla. Stat. § 768.72 concerning its punitive damages

allegations and is not entitled to punitive damages as a matter of law.

GREENBERG TRAURIG, P.A.
*Counsel for Defendant*
5100 Town Center Circle, Suite 400
Boca Raton, Florida  33486
Telephone:  561.955.7629
Facsimile:  561.338.7099


/s/ Stephen A. Mendelsohn
Florida Bar No:  849324
*mendelsohns@gtlaw.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served

via CM/ECF this 5th day of March, 2010 on the undersigned counsel for the Plaintiff.

Patricia Klein, Esquire
*patriciak@pkleinlaw.com*
PATRICIA KLEIN, P.A.
2001 W. Sample Road
Suite 412
Pompano Beach, Florida  33064
Phone:  (954) 935-3171


/s/ Stephen A. Mendelsohn
GREENBERG TRAURIG, P.A.
*Counsel for Defendant*
5100 Town Center Circle, Suite 400
Boca Raton, Florida  33486
Telephone:  561.955.7629
Facsimile:  561.338.7099
*mendelsohns@gtlaw.com*