UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60059-CIV-HUCK/O'SULLIVAN

IMMEDIATE CAPITAL GROUP, INC., a
Florida corporation, d/b/a INCREDIBLE
DISCOVERIES
    Plaintiff,

v.

SPONGETECH DELIVERY SYSTEM,
INC., a Delaware corporation
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the plaintiff's Motion to Compel (DE # 15, 3/11/10). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the plaintiff's Motion to Compel (DE # 15, 3/11/10) is **STRICKEN** from the record. The instant motion fails to comply with Judge Huck's Discovery Procedure (<u>see</u> attached Discovery Procedures). Counsel may contact the undersigned's chambers to set this matter for an informal discovery conference.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 11th day of March, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## DISCOVERY PROCEDURE FOR
## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery procedure applies to all civil cases assigned to United States District Judge Paul C. Huck.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will hold a regular discovery calendar every Thursday, from 9:30 a.m. to 11:00 a.m. in the Fifth Floor Courtroom, C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar.

A matter must be placed on the calendar by contacting Magistrate Judge O'Sullivan's Chambers no later than three (3) days prior to the calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard. No more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.